UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ' | BANKRUPTCY CASE |
| | ' | |
| SAMANTHA JEANINE ADAMS, | ' | CASE NO. 17-42819-mgd |
| | ' | |
| Debtor. | ' | CHAPTER 13 |

### OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN BY PEOPLES FINANCIAL CORPORATION

COMES NOW, PEOPLES FINANCIAL CORPORATION, (hereinafter "Creditor"), by its undersigned attorneys and hereby moves this Court for entry of a final order denying confirmation of the Debtor's Chapter 13 Plan (Doc. No. 2) as presently proposed, and in support thereof would show:

1.

On January 13, 2015 Debtor executed and delivered to Creditor a "Georgia Reschedule Agreement" (hereinafter "Contract") and financed the amount of $15,550.33. The Contract provides the Debtor was to make monthly payments of $499.83 commencing March 10, 2017, related to the financing of that certain 2009 Acura TL, VIN: 19UUA86269A023569 ("Vehicle") more particularly described in the security documents attached to Creditor's claim filed on December 6, 2017 (Claim 1).

2.

The Contract grants Creditor a security interest in the Vehicle perfected by the issuance of a Certificate of Title by the State of GEORGIA.

3.

The Debtor's Chapter 13 Plan provides that Creditor's claim will be paid with adequate protection payments of $96.00 monthly and increasing to $372.00 monthly in April 2019. The proposed adequate protection payment to Creditor does not provide adequate protection to Creditor and the Debtor's proposed treatment violates 11 U.S.C. Section 1325(a)(9). Creditor objects to this treatment under the Plan.

4.

Debtor's proposed Chapter 13 Plan does not meet the requirements of 11 U.S.C. Section 1325(a) or Section 361, in that it does not adequately protect Creditor's secured interest.

5.

The Debtor's plan does not appear to be proposed in good faith as required by 11 U.S.C. Section 1325(3).

WHEREFORE, Creditor prays that a final order be entered that:

a. Creditor's objection be sustained;

b. Confirmation of the Debtor's Chapter 13 Plan be denied;

c. That the Court grant such this and further relief as it deems just and appropriate.

RESPECTFULLY SUBMITTED this 8th day of December, 2017.

/s/lisa h. baggett
LISA H. BAGGETT
GA Bar No. 304202

For the Firm of
SOLOMON | BAGGETT, LLC
3763 Rogers Bridge Road
Duluth, GA 30097
Telephone:    (678) 243-2515
Facsimile:    (678) 243-2518
lbaggett@sb-law.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing *Objection to Confirmation of Debtor's Chapter 13 Plan* upon the following:

SAMANTHA JEANINE ADAMS, 68 Westside Chase, Cartersville, GA 30120;

HOWARD P. SLOMKA, Slipakoff & Slomka, PC, Overlook III – Suite 1700, 2859 Paces Ferry Road SE, Atlanta, GA 30339; and

MARY IDA TOWNSON, 191 Peachtree Street NE, Suite 2200, Atlanta, GA 30303;

by ECF/electronic service or by depositing a copy of same in an envelope with adequate postage affixed thereon to insure delivery by United States Mail.

This 8th day of December, 2017.

/s/lisa h. baggett
LISA H. BAGGETT
GA Bar No. 304202

For the Firm of
SOLOMON BAGGETT, LLC
3763 Rogers Bridge Road
Duluth, GA 30097
 (678) 243-2515 (direct dial)
(678) 243-2518 (facsimile)
lbaggett@sb-law.com